```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------------X
     NEIL WOODS,
 4
                                         PLAINTIFF,
 5
                      -against-
 6
     KARL GOODYEAR, INNOVATIONS of ROCKLAND,
 7   INC., GLORIA HANNA, LEROY ANDREW, SR.,
     and ANGELA BAKER,
 8
                                         DEFENDANTS.
 9   ------------------------------------------X
                         DATE: December 8, 2003
10                       TIME: 10:35 a.m.

11

12            EXAMINATION BEFORE TRIAL of the

13   Plaintiff, NEIL WOODS, taken by the Defendant,

14   pursuant to a Court Order, held at the offices of

15   BARTON, BARTON & PLOTKIN, LLP., 420 Lexington

16   Avenue, New York, New York 10170, before a Notary

17   Public of the State of New York.

18
19
20
21
22
23
24
25
```

```
 1

 2      A P P E A R A N C E S:

 3

 4

 5          BARTON, BARTON & PLOTKIN, LLP.

 6                  Attorneys for the Plaintiff

 7                  420 Lexington Avenue, Room 1918

 8                  New York, New York 10170

 9                  BY:  PETER W. YOARS, JR., ESQ.

10

11          ACITO, KLEIN & CANDILOROS, P.C.
                    Attorneys for Defendant
12                  KARL GOODYEAR, INNOVATIONS OF
                    ROCKLAND, INC.
13                  535 Fifth Avenue
                    New York, New York 10017
14                  BY: GINO DAMASCO, ESQ.
                    File #: 03LP6235
15

16          LEAHEY & JOHNSON, P.C.
                    Attorneys for the Defendants
17                  GLORIA HANNA and LEROY ANDREW, SR.
                    120 Wall Street
18                  New York, New York 10005
                    BY: BRIAN CASEY, ESQ.
19                  File #: ALL2.WOODS

20
            WILSON, BAVE, CONBOY, COZZA & COUZENS, P.C.
21                  Attorneys for the Defendant
                    ANGELA BAKER
22                  2 William Street
                    White Plains, New York 10601
23                  BY:  ROBERT J. GIRONDA, ESQ.

24

25                  *          *          *
```

DIAMOND REPORTING-718-624-7200-16 Court St., B'klyn, NY 11241

                        WOODS

1   the first impact?

2        A.    I don't know how fast my car would have

3   been going at the time that I made that impact.

4        Q.    If you could approximate.

5              MR. YOARS:  Don't guess, but if you can,

6        approximate.

7        A.    I am going to approximate that after

8   hitting my brakes and whatnot, I was probably

9   traveling at ten miles at an hour.

10       Q.    Immediately before the impact, how fast

11  were you going?

12       A.    Approximately 40.

13             MR. YOARS:  We're not quantifying.  This

14       is before you hit any brakes or anything.

15       A.    Before I saw brake lights flashing in

16  front of me.

17       Q.    Prior to the first impact with your

18  vehicle, did you hear any impacts with any other

19  vehicles?

20       A.    No.

21       Q.    Did you see any impacts with any other

22  vehicles?

23       A.    No.

24       Q.    Did you hear any screeching tires prior

WOODS

1  to the first impact with your vehicle?
2
3      A.    Yes.
4      Q.    And where did you hear those screeching
5  tires come from?
6      A.    The vehicle directly in front of me.
7      Q.    How long before the impact to your
8  vehicle was it when you first heard the screeching
9  tires from the car in front of you?
10     A.    Approximately a few seconds.
11     Q.    Did you do anything with the operation
12 of your vehicle as a result of hearing the
13 screeching tires from the car in front of you?
14     A.    Yes, I hit the brakes.
15     Q.    At the time you heard the screeching
16 tires from in front of you, how far away were you
17 from the rear of that vehicle?
18     A.    Approximately a couple of car lengths.
19     Q.    Were there any cars traveling on your
20 right --
21     A.    Yes.
22     Q.    -- at the time you heard the screeching
23 tires from the car in front of you?
24     A.    Yes.
25     Q.    Were there any cars traveling in the

DIAMOND REPORTING-718-624-7200-16 Court St., B'klyn, NY 11241

WOODS

1
2  opposite direction at the time you first heard the
3  tires from the screeching car in front of you?
4      A.    Oh, yes.
5      Q.    Can you tell me the manner in which you
6  applied the brakes?
7      A.    Vigorously.
8      Q.    As a result of applying your brakes, did
9  your tires screech?
10     A.    I don't remember.
11     Q.    Okay.
12           Where did the first impact to your
13  vehicle occur?
14          MR. YOARS:  Where on his car, right?
15          MR. DAMASCO:  Where on his car.
16     A.    My front end.
17     Q.    And what did the front of your car come
18  into contact with?
19     A.    The rear end of the car in front of me.
20     Q.    At the time of the first impact, was
21  your car fully in the left lane?
22     A.    That's correct.
23     Q.    Okay.
24           As a result of applying your brakes, did
25  your car skid?

1                           WOODS

2        A.     I believe to some degree, yes.  There's

3    antilock brakes on it.

4        Q.     How far did your car skid as a result of

5    your applying the brakes?

6        A.     I'm not sure.

7        Q.     Can you estimate, was it more than a car

8    length?

9               MR. YOARS:  Don't guess.

10       A.     I don't know.

11       Q.     Was it more than two car lengths?

12       A.     I don't know.

13       Q.     Was it more than five car lengths?

14       A.     I still don't know.

15       Q.     At the time your car came into contact

16   with the vehicle in front of you, was the vehicle

17   in front of you moving or stopped?

18       A.     That car was stopped.

19       Q.     Prior to the initial contact with your

20   car and the car in front of the you, did you hear

21   any other impacts with any other vehicles?

22              MR. YOARS:  This is before your first

23         contact.

24              MR. DAMASCO:  No, this is it.

25              MR. YOARS:  You said prior to impact his