

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NEIL WOODS,
                                Plaintiff,
          -against-           03 CV 011(TPG) (MHD)
KARL GOODYEAR, INNOVATIONS OF
ROCKLAND, INC., GLORIA HANNA,
LEROY ANDREW, SR. and ANGELA BAKER,
                                Defendants.
------------------------------------X
                              120 Wall Street
                              New York, New York

                              March 25, 2004
                              10:45 a.m.


     DEPOSITION of the Defendant, GLORIA HANNA,
taken by the Respective Parties, pursuant to
Order, held at the above-mentioned time and place,
before Grace Nuccio, a Notary Public of the State
of New York.
```

```
                                                                    2

     APPEARANCES:
            BARTON, BARTON & PLOTKIN, LLP
                    Attorneys for Plaintiff,
                    Neil Woods
                    420 Lexington Avenue
                    New York, New York 10170
            BY:     ADAM D. CAHN, ESQ.


            ACITO, KLEIN & CANDILOROS, P.C.
                    Attorneys for Defendants,
                    Karl Goodyear and Innovations
                    of Rockland, Inc.
                    535 Fifth Avenue
                    New York, New York 10017
            BY:     JOHN MATTRAS, ESQ.



            LEAHEY & JOHNSON, P.C.
                    Attorneys for Defendants,
                    Gloria Hanna and Leroy Andrew, Sr.
                    120 Wall Street - Suite 2220
                    New York, New York 10005
            BY:     BRIAN CASEY, ESQ.
                    File Name - ALL2WOODS


            WILSON, BAVE, CONBOY, COZZA & COUZENS, P.C.
                    Attorneys for Defendant,
                    Angela Baker
                    2 William Street
                    White Plains, New York 10601
            BY:     JOEL A. HIRSHFIELD, ESQ.



                          *  *  *  *
```

24

-Gloria Hanna-

Q    Did you happen to notice at the time that the brake lights were being hit over those couple of minutes whether animals were in the road?

A    No, I didn't notice.

Q    Can you describe the traffic conditions that morning as you proceeded southbound; were they light, medium or heavy or something else?

A    Medium.

Q    Would those be similar conditions in the right lane?

A    Was --

Q    Was the left lane moving at the same rate of speed as the right lane, or was one lane moving faster just prior to the accident?

A    No, I would think they would be moving the same, about the same.

Q    Do you have any recollection of your car and the white car coming into any sort of contact at any point that morning?

A    No.

Q    Do you have any recollection of your vehicle and any other vehicle coming into

25

-Gloria Hanna-

contact that morning?

    A    Yes.

    Q    The vehicle that you recall coming into contact with your car, where in proximity to your car was it; was it in front, behind, on the side or something else?

    A    Behind.

    Q    Do you know the make or model or color of that vehicle?

    A    No.

    Q    Just prior to the accident taking place, the white vehicle in addition to having brake lights on and off, do you know if the white vehicle had any type of turn signal on?

    A    No.

    Q    "No" you don't recall; or "no" he did not?

    A    No, he didn't have the turn signal.

    Q    Do you recall whether you felt an impact to your vehicle once, twice or more than twice or something else?

    A    I felt it more than twice -- more than once, I mean.  More than once.

    Q    The white car that was in front of