**1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x
NEIL WOODS,
                              CASE NO. 03 Civ. 011(TPG)
        Plaintiff,
     - against -
KARL GOODYEAR, INNOVATIONS OF ROCKLAND, INC., GLORIA
HANNA, LEROY ANDREW, SR., and ANGELA BAKER,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - x
            Barton, Barton & Plotkin, LLP
            420 Lexington Avenue
            New York, New York
            October 3, 2005
            11:30 a.m.

        EXAMINATION BEFORE TRIAL of ANGELA BAKER,
a Defendant herein, taken by the Plaintiff,
according to the Federal Rules of Civil Procedure,
before Thomas A. Fernicola, a Notary Public for and
within the State of New York.

            ALL-STAR REPORTERS, INC.   *   800.329.9222

**2**

APPEARANCES:

BARTON, BARTON & PLOTKIN, LLP
    Attorneys for the Plaintiff
    420 Lexington Avenue
    New York, New York 10170
    212-687-6262

By: THOMAS P. GIUFFRA, ESQ.

ACITO, KLEIN & CONDILEROS
    Attorneys for the Defendants
    KARL GOODYEAR, INNOVATIONS OF ROCKLAND, INC.
    535 Fifth Avenue
    New York, New York 10017

By: RICHARD C. ERTEL, ESQ.

LEAHEY & JOHNSON, P.C.
    Attorneys for the Defendant
    GLORIA HANNA
        120 Wall Street
        New York, New York 10005
        212-269-7308
By: MICHAEL DEMPSEY, ESQ.

WILSON, BAVE, CONBOY, COZZA & COVZENS, P.C.
    Attorneys for the Defendant
    ANGELA BAKER
        Two William Street
        White Plains, New York 10605
By: ROBERT J. GIRONDA, ESQ.

ALL-STAR REPORTERS, INC.   *   800.329.9222

**3**

ALL-STAR REPORTERS, INC.   *   800.329.9222

**4**

STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that this examination may be sworn to before any Notary Public.

IT IS FURTHER STIPULATED AND AGREED that the filing and certification of the said examination shall be waived.

IT IS FURTHER STIPULATED AND AGREED that all objections to questions, except as to the form of the question, shall be reserved for the time of trial.

ALL-STAR REPORTERS, INC.   *   800.329.9222

## Page 21

Angela Marie Baker

1 who fled the scene?
2 A   No.
3 Q   Did you sustain any injuries as a result of this occurrence?
4     MR. GIRONDA: Just note my objection.
5     You can answer, though. Go ahead.
6     THE WITNESS: I'm sorry, can I answer that?
7     MR. GIRONDA: Yes.
8 A   No, I did not sustain any physical injuries.
9 Q   Can you tell me what the weather conditions were like?
10 A   Clear.
11 Q   Was it dry?
12 A   To my best recollection.
13 Q   What time of day did the accident occur?
14 A   Around 8:00 in the morning.
15 Q   Can you estimate your rate of speed at the time of the impact?

## Page 22

Angela Marie Baker

A   I don't want to estimate. All I can say I was going with traffic. It was rush hour, so traffic was moving all together.
Q   Did you file a report with the police department regarding this accident?
A   File a report? No.
Q   Did you file any paperwork with Albany, with the Department of Motor Vehicles, regarding this accident?
A   No.
Q   Did you speak with the second driver who was involved in the collision?
A   I don't remember speaking with her. I know that she was injured, but I don't remember the conversation with her.
    MR. GIUFFRA: Okay. I have nothing further. Thank you.
    THE WITNESS: You're welcome.

## Page 23

Angela Marie Baker

    MR. GIRONDA: We're not done yet. The other lawyers may have a chance to ask you something, Angela, and then I will, if need be, okay?
    THE WITNESS: Okay.
BY MR. ERTEL:
Q   Angela, this is Richard Ertel. I'm just going to ask you a few follow-up questions.
    Did you observe the accident that occurred in front of you?
A   You mean driver three hitting driver two?
Q   Yes. Did you observe that?
A   Yes.
Q   And what part of their cars hit?
A   I know that he hit her in the rear and it was towards -- he turned as well towards the left, but I didn't see specifically what the damage was in the -- in front of his

## Page 24

Angela Marie Baker

car.
Q   But which driver was driving? Can you describe it in terms of the vehicle number two and three?
A   I saw vehicle three hit vehicle number two in the rear.
Q   So it was the front end of vehicle three that hit the rear end of vehicle two?
A   Correct.
Q   And you tried to avoid this accident?
A   Yes.
Q   And by trying to avoid it, you turned to the left?
A   Yes.
Q   Now, which car did you strike?
A   I struck number three.
Q   What part of your car impacted with what part of car number three?
A   My right side hit his rear